DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372

FILED'09 SEP 16 13:03USDC-ORP

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**Steven Griffin**

        **Plaintiff,**

    **vs.**                                 **Civil No. 08-cv-0748-HA**

**Commissioner of Social Security**

               **Defendant.**                **ORDER GRANTING AWARD OF EAJA FEES**

Pursuant to Stipulation, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment

against defendant for expenses in the amount of $7.64, costs in the amount of $10.90, and

attorney's fees in the amount of $4028.24, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. §

1920. Payment should be made to plaintiff's attorney

Done this _16th_ day of _Sept_, 2009.

_Annu L Haynes_
Judge

**Page 1 - ORDER GRANTING AWARD OF EAJA FEES**